# UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| WEBB WHEEL PRODUCTS, INC. | : | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | Court No. 25-00207 |
| Defendant. | : | |
| | : | **SUMMONS** |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                 /s/ Mario Toscano
                                                 Clerk of the Court

## Name and Standing of Plaintiffs

1. Plaintiff in this action, Webb Wheel Products, Inc., is a domestic manufacturer of brake drums (the "subject merchandise"). Plaintiff was the Petitioner in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. Plaintiff was an interested party within the meaning of 19 U.S.C. § 1677(9)(C). As a party that actively participated in the U.S. Department of Commerce's investigation, which resulted in the contested determination, Plaintiff therefore has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

## Brief Description of Contested Determination

2. Plaintiff contests Commerce's final determination in the Less-Than-Fair-Value Investigation of *Certain Brake Drums from the People's Republic of China*. *See Certain Brake Drums From People's Republic of China: Final Affirmative Determination of Sales at Less Than Fair Value*, 90 Fed. Reg. 26011 (Dep't of Commerce June 18, 2025).

3. This determination is reviewable pursuant to 19 U.S.C. § 1516a(2)(B)(i), and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in the Federal Register of the *Antidumping Duty Order*, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II). *See Certain Brake Drums From the People's Republic of China and the Republic of Türkiye: Antidumping Duty Orders*, 90 Fed. Reg. 38730 (Dep't of Commerce Aug. 12, 2025).

**Date of Contested Determination**

4. Commerce issued its *Final Determination* on June 18, 2025 and published its *Antidumping Duty Order* on August 12, 2025. *See Certain Brake Drums From the People's Republic of China and the Republic of Türkiye: Antidumping Duty Orders*, 90 Fed. Reg. 38730 (Dep't of Commerce Aug. 12, 2025).

_____
*Sydney H. Mintzer*

Dated: September 11, 2025

Sydney H. Mintzer
Jacob M. Reiskin
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
SMintzer@mayerbrown.com
+1 202 263 3866

*Counsel to Webb Wheel Products, Inc.*

## SERVICE OF SUMMONS BY THE CLERK

This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874
Washington, DC 20230

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

NOTICE TO INTERESTED PARTIES

I, Sydney Mintzer, certify that on September 11, 2025, pursuant to CIT Rule 3(f), I notified the interested parties listed below, who were party to the decision being contested, by mailing copies of the foregoing Summons by certified mail, return receipt requested.

Matthew R. Nicely, Esq.
Representative of ConMet (Weifang) Mechanical Co., Ltd., ConMet Nanjing Mechanical Co., Ltd., Shangdong ConMet Mechanical, Ltd., and ConMet de Mexico S.A. de C.V. , Consolidated Metco, Inc.
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006-1037
Phone: 202-887-4046
Email: mnicely@akingump.com

David Craven, Esq.
Representative of Shandong Longji Machinery Co., Ltd
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
Phone: 7737098506
Email: david.craven@tradelaw.com

R. Kevin Williams, Esq.
Representative of DuraParts LLC d.b.a. DuraBrake("DuraBrake"), Hebei Ankesu Import & Export Trade
Co., Ltd.
Clark Hill PLC
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
Phone: 312-985-5900
Email: kwilliams@clarkhill.com

John Joseph Kenkel, Esq.
Representative of Shanxi Tangrong Machinery Manufacturing Co., Ltd.
International Trade Law Counselors, PLLC
8647 Richmond Highway
Suite 623
Alexandria, Va. 22309
Phone: 202-390-4064
Email: intltradelawcounselors@outlook.com

## NOTICE TO INTERESTED PARTIES (Cont.)

Shanshan Liang, Esq.
Representative of Shandong North Autotech Co., Ltd.
The Mooney Law Firm
2104 Delta Way, Unit 1
Tallahassee, FL 32303
Phone: 8508930670
Email: sliang@customscourt.com

Xiaohua Hou
Representative of CAIEC TRAILER MASTER CO., LTD.; QIQIHAR BEIMO AUTO PARTS MANUFACTURING CO., LTD; SHANGHAI WINSUN AUTO PARTS CO., LTD.; Ningbo Qingchen International Trade Co., Ltd.; Qingdao Jasmine International Trade Co., Ltd; SHANDONG HAOXIN CO., LTD.; Hubei Xinxing Quanli Machinery Co., Ltd; SHANDONG HONGMA ENGINEERING MACHINERY CO., LTD; QINGDAO TORDON BRAKE CO., LTD.
Commerce & Finance Law Offices
12-14th Floor, China World Office 2, No. 1 Jianguomenwai Avenue, Beijing 100004, China
Phone: 861065637181
Email: xiaohuahou@tongshang.com

Lawrence J Bogard
Representative of Motor Wheel LLC, SilverbackHD, Inc. and its affiliate SilverbackHD Holdings, Inc.
Neville Peterson LLP
1310 L Street, NW
Suite 300
Washington, DC 20005
Phone: 202-776-1150
Email: lbogard@npwdc.com

Junlin Wang
Representative of LIAONING HECHUANG CV PARTS MFG CO.
Yingke Law Firm
Floor 19-25, Building 2 of CP Center, No. 20 Jinhedong Road, Chaoyang District, Beijing 100020
China
Phone: +861085199968
Email: wangjunlin@yingkelawyer.com

Zibo Hu
Henan Board Top Metalwork Ltd.
Room 11016, 11th Floor, Block B, Hanhai Beijin, No. 73, North Third Ring Road, Jinshui District, Zhengzhou, Henan 450000 China
Phone: +1-6469612358
Email: huzibo@topmetalwork.com